**UNITED JEWISH COMMUNITIES, INC., trading as United Jewish Appeal, Plaintiff–Appellant,**

v.

**FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for The Midtown Community Bank, Defendant–Appellee.**

Nos. 11–12352, 11–12526.

United States Court of Appeals, Eleventh Circuit.

April 6, 2012.

Craig Mitchell Frankel, Jennifer Anne Ringsmuth, Gaslowitz Frankel, LLC, Atlanta, GA, for Plaintiff–Appellant.

Robert Edward Casey, Jr., Christopher M. Huffines, Casey Gilson, PC, Atlanta, GA, for Defendant–Appellee.

Before WILSON and MARTIN, Circuit Judges, and ALBRITTON,* District Judge.

PER CURIAM:

United Jewish Communities, Inc. appeals the district court's grant of the Fed-

---

* Honorable W. Harold Albritton, United States District Judge for the Middle District of Alabama, sitting by designation.

eral Deposit Insurance Corporation's (FDIC) motion for dismissal under Federal Rule of Civil Procedure 12(b)(6). The FDIC cross appeals certain legal conclusions reached by the district court in its order dismissing the complaint. After reviewing the briefs, and with the benefit of oral argument, we affirm the judgment for the reasons set forth in the district court's order.

AFFIRMED.